B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Brokop, James Matthew | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Jim Brokop; aka Jimmy Brokop | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   5717 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>319 E. Lincoln Avenue, Apt. 2<br>La Grange, IL      ZIPCODE 60525-3168 | Street Address of Joint Debtor (No. and Street, City, and State      ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):      ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):      ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  _____ N.A. _____

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).   Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **James Matthew Brokop** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed:   **N.A.** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X   /s/ Majdel S. Musa        October 28, 2011 <br>      Signature of Attorney for Debtor(s)      Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>James Matthew Brokop |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

<table>
<tr>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ James Matthew Brokop
_____
Signature of Debtor

**X**_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 28, 2011
_____
Date

</td>
<td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

(Date)

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

**X**   /s/ Majdel S. Musa
_____
Signature of Attorney for Debtor(s)

MAJDEL S. MUSA 6282010
_____
Printed Name of Attorney for Debtor(s)

Musa Law Firm, Ltd.
_____
Firm Name

112 W. Calendar Ave.
_____
Address

LaGrange, IL 60525
_____

(708) 326-2500
_____
Telephone Number

October 28, 2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X**_____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td>
<td></td>
</tr>
</table>

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  James Matthew Brokop
_____
            Debtor(s)

Case No._____
         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                    Page 2

❒  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❒   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❒   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

❒   Active military duty in a military combat zone.

❒  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   _____/s/ James Matthew Brokop_____

JAMES MATTHEW BROKOP

Date: ____October 28, 2011____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re  James Matthew Brokop _____   Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

In re    James Matthew Brokop _____    Case No. _____
_____    _____
**Debtor**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Miscellaneous Cash on Hand | | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank - Checking Account No. xxxxxx8641<br>Fifth Third Bank - Savings Account No. xxxxxx2646 | | 1,200.00<br>3.50 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Landlord: James Leflar, $1,250.00 | | 0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous Household Goods, Furnishings and Electronics | | 340.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous CDs and DVDs | | 50.00 |
| 6.  Wearing apparel. | | Used Necessary Wearing Apparel | | 100.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

In re   James Matthew Brokop
_____
         **Debtor**

Case No. _____
                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chrysler PT Crusier (65,000 Miles) Good Condition | | 7,500.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

In re   James Matthew Brokop _____   Case No. _____
       **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | __0__ continuation sheets attached    Total | | $    9,218.50 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6C (Official Form 6C)  (04/10)**

In re  James Matthew Brokop _____     Case No. _____
**Debtor**                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)                      ☐  Check if debtor claims a homestead exemption that exceeds
☑  11 U.S.C. § 522(b)(3)                         $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Miscellaneous Cash on Hand | 735 ILL.C.S 5§12-1001(b) | 25.00 | 25.00 |
| Harris Bank - Checking Account No. xxxxxx8641 | 735 ILL.C.S 5§12-1001(b) | 1,200.00 | 1,200.00 |
| Fifth Third Bank - Savings Account No. xxxxxx2646 | 735 ILL.C.S 5§12-1001(b) | 3.50 | 3.50 |
| Miscellaneous Household Goods, Furnishings and Electronics | 735 ILL.C.S 5§12-1001(b) | 340.00 | 340.00 |
| Miscellaneous CDs and DVDs | 735 ILL.C.S 5§12-1001(b) | 50.00 | 50.00 |
| Used Necessary Wearing Apparel | 735 ILL.C.S 5§12-1001(a) | 100.00 | 100.00 |
| 2008 Chrysler PT Crusier (65,000 Miles) Good Condition | 735 ILL.C.S 5§12-1001(b)<br>735 ILL.C.S 5§12-1001(c) | 58.00<br>2,400.00 | 7,500.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re _____James Matthew Brokop_____,    Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0871776191<br><br>Fifth Third Bank<br>PO Box 630778<br>Cincinnato, OH 45263 | | | Incurred: 08/2009<br>Lien: PMSI in vehicle < 910 days<br>Security: 2008 Chrysler PT Crusier (65,000 Miles) Good Condition<br><br>VALUE $      7,500.00 | | | | 5,042.00 | 0.00 |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

___0___ continuation sheets attached

                                       Subtotal ▶  $    5,042.00   $      0.00
              (Total of this page)
                                             Total ▶  $    5,042.00   $      0.00
            (Use only on last page)

                                              (Report also on    (If applicable, report
                                     Summary of Schedules)  also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10)**

In re __James Matthew Brokop_____,        Case No._____

             Debtor                                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6E (Official Form 6E) (04/10) - Cont.**

In re___James Matthew Brokop_____,     Case No._____
                     Debtor                                                  (if known)

☐    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

___0___ **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re __James Matthew Brokop_____,     Case No. _____
        **Debtor**            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ACME Credit Service <br> 1124 S. Eighth Street <br> PO Box 3762 <br> Springfield, IL 62708-3762 | | | Consideration: Collection for Mobile Medical Response | | | | Notice Only |
| ACCOUNT NO. M100624268 <br><br> Advocate Health Centers, Inc. <br> 21014 Network Place <br> Chicago, IL 60673-1210 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 415.00 |
| ACCOUNT NO. 1001072928 <br><br> Advocate Medical Group <br> 20110 Governors Highway <br> Olympia Fields, IL 60461 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 71.00 |
| ACCOUNT NO. 100624268 <br><br> Advocate Medical Group <br> 21014 Network Place <br> Chicago, IL 60673-1210 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 415.00 |

___19___continuation sheets attached

        Subtotal ➤ | $ | 901.00

        Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___James Matthew Brokop_____,        Case No. _____
          **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  412067605<br><br>Advocate South Suburban Hospital<br>17800 Kedzie Avenue<br>Hazel Crest, IL 60429 | | | Incurred: 2010<br>Consideration: Medical services | | | | 23,020.00 |
| ACCOUNT NO.  412245367<br><br>Advocate South Suburban Hospital<br>22091 Network Place<br>Chicago, IL 60673-1220 | | | Incurred: 2010<br>Consideration: Medical services | | | | 378.40 |
| ACCOUNT NO.  1829038<br><br>Affiliated Management Services, Inc.<br>PO Box 2119<br>Mission, KS 66201-1119 | | | Incurred: 2010<br>Consideration: Collection for Suburban Emergency Physicians | | | | 465.00 |
| ACCOUNT NO.  xxxxxxxx1805<br><br>Allied Collection Service<br>PO Box 1799<br>Holland, MI 49422 | | | Incurred: 2010<br>Consideration: Collection for Advanced Radiology - LRA | | | | 374.00 |
| ACCOUNT NO.<br><br>Asset Recovery Solutions, LLC<br>2200 E. Devon Avenue, Suite 200<br>Des Plaines, IL 60018-4501 | | | Consideration: Collection for HSBC Bank | | | | Notice Only |

Sheet no. __1__ of __19__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     24,237.40

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  James Matthew Brokop  ,                    Case No. _____
_____
Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  (3) Accounts<br><br>Associated Radiologists of Flint<br>Dept. CH 17838<br>Palatine, IL 60055-7838 | | | Incurred: 2010<br>Consideration: Medical services | | | | 537.00 |
| ACCOUNT NO.<br><br>Bureaus Investment Group LLC<br>1717 Central Street<br>Evanston, IL 60201-1507 | | | Consideration: Collection for HSBC Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Cavalry Portfolio Services, LLC<br>PO Box 1017<br>Hawthorne, NY 10532 | | | Consideration: Collection for Sprint | | | | Notice Only |
| ACCOUNT NO.<br><br>CBCS<br>PO Box 164089<br>Columbus, OH 43216 | | | Consideration: Collection for Emergency Medical Associates | | | | Notice Only |
| ACCOUNT NO.<br><br>CBCS<br>PO Box 165025<br>Columbus, OH 43216-5025 | | | Consideration: Collection for Emergency Medical Associates, PLLC | | | | Notice Only |

Sheet no. __2__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          537.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___James Matthew Brokop_____,   Case No. _____
   **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035320233069796<br><br>CBE Group<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613 | | | Consideration: Collection for The Home Depot | | | | Notice Only |
| ACCOUNT NO.<br><br>CBM<br>300 Rodd Street<br>PO Box 551<br>Midland, MI 48640 | | | Consideration: Collection for Mobile Medical Response | | | | Notice Only |
| ACCOUNT NO. BROJAM0008<br><br>Centis Health<br>1575 Ramblewood Drive, Suite 200<br>East Lansing, MI 48823 | | | Incurred: 2010<br>Consideration: Medical services | | | | 468.00 |
| ACCOUNT NO. xxxxxxxx8255<br><br>Chase Bank<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | | | Incurred: 2007-2010<br>Consideration: Credit card debt | | | | 4,740.00 |
| ACCOUNT NO. xxxx-xxxx-xxxx-2623<br><br>Chase Bank / Washington Mutual<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | | | Incurred: 2008<br>Consideration: Credit card debt | | | | 1,008.13 |

Sheet no. __3__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 6,216.13

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___James Matthew Brokop_____,    Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx9796 <br><br>Citibank SD, NA / The Home Depot<br>Attn:  Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195 | | | Incurred: 2007-2010<br>Consideration: Credit card debt | | | | 4,031.00 |
| ACCOUNT NO. <br><br>COL \ Debt Collection Systems<br>8 S. Michigan Avenue, Suite 618<br>Chicago, IL 60603 | | | Consideration: Collection for Advocate South Suburban Hospital | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx7937 <br><br>Comcast<br>PO Box 34227<br>Seattle, WA 98124-0000 | | | Incurred: 2010<br>Consideration: Cable service | | | | 243.00 |
| ACCOUNT NO.  0269384054 <br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | | | Incurred: 2010-2011<br>Consideration: Utility | | | | 409.47 |
| ACCOUNT NO.  9012637 <br><br>Cook County Department of Revenue<br>Use Tax<br>PO Box 94401<br>Chicago, IL 60690-4401 | | | Consideration: Notice Only | | | | 0.00 |

Sheet no. __4__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,683.47

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  James Matthew Brokop _____,    Case No. _____

      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Credit Collection Services <br> PO Box 9133 <br> Needham, MA 02494 | | | Consideration: Collection for Comcast | | | | Notice Only |
| ACCOUNT NO. xxxxxxxx4484 <br><br> Emergency Medical Associates <br> 1215 East Michigan Avenue <br> Lansing, MI 48912 | | | Incurred: 2009 <br> Consideration: Medical services | | | | 609.00 |
| ACCOUNT NO. EMA 1832173 <br><br> Emergency Medical Associates, PLLC <br> 6880 W. Snowville Road <br> Suite 210 <br> Brecksvville, OH 44141 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 686.00 |
| ACCOUNT NO. <br><br> Emergency Medical Associates, PLLC <br> PO Box 634280 <br> Cincinnati, OH 45263-4280 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Engle Condominium Association <br> c/o Deborah A. Reid <br> 7815 W. 159th Street <br> Tinley Park, IL 60477 | | | Incurred: 2010-2011 <br> Consideration: Homeowner's Association Dues | | | | 3,235.99 |

Sheet no. 5 of 19 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 4,530.99

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___James Matthew Brokop_____,        Case No. _____
        **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Engle Condominium Association c/o Weaver Realty & Management, Inc. 7815 W. 159th Street Tinley Park, IL 60477 | | | Consideration: Additional Notice | | | | Notice Only |
| ACCOUNT NO. ER Solutions, Inc. PO Box 9004 Renton, WA 98057-9004 | | | Consideration: Collection for Chase Bank | | | | Notice Only |
| ACCOUNT NO. xxxxxxxx6191 Fifth Third Bank 222 S. Riverside Plaza Chicago, IL 60606 | | | Incurred: 2009-2010 Consideration: Unsecured Business Loan | | | | 8,577.53 |
| ACCOUNT NO. Fifth Third Bank 346 W. Carol Lane Elmhurst, IL 60126 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. Fifth Third Bank PO Box 630337 Cincinnato, OH 45263-0337 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. __6__ of __19__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $    8,577.53

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re _____James Matthew Brokop_____,    Case No. _____
          **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Financial Recovery Services, Inc.<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | | | Consideration: Collection for HSBC Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Fisher and Shapiro, LLC<br>2121 Waukegan Road, Suite 301<br>Bannockburn, IL 60015 | | | Consideration: Attorneys for PHH Mortgage Corporation | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx3894<br><br>GEMB / Banana Republic<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | | | Incurred: 2007-2010<br>Consideration: Credit card debt | | | | 438.00 |
| ACCOUNT NO.<br><br>Goggins & Lavingman, P.A.<br>1295 Northland Drive<br>Suite 270<br>Mendota Heights, MN 55120 | | | Consideration: Collection for Surgical Specialists SC | | | | Notice Only |
| ACCOUNT NO.<br><br>Heritage Financial Recovery Services<br>600 E. Crescent Avenue, Suite 304<br>Upper Saddle River, NJ 07458 | | | Consideration: Collection for PNC Bank | | | | Notice Only |

Sheet no. __7__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     438.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  James Matthew Brokop _____ ,        Case No. _____
　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5491100020714724<br><br>HSBC Bank<br>Attn:  Bankruptcy<br>PO Box 5213<br>Carol Stream, IL 60197 | | | Incurred: 2009-2010<br>Consideration: Credit card debt | | | | 1,129.84 |
| ACCOUNT NO.<br><br>IC System, Inc.<br>PO Box 64378<br>St. Paul, MN 55164 | | | Consideration: Collection for Surgical Specialists, SC | | | | Notice Only |
| ACCOUNT NO.<br><br>IC System, Inc.<br>PO Box 64378<br>St. Paul, MN 55164 | | | Consideration: Collection for Lansing Neurosurgical Assoc. | | | | Notice Only |
| ACCOUNT NO.  663372274<br><br>JP Morgan Chase Bank, N.A.<br>Illinois Market<br>PO Box 260180<br>Baton Rouge, LA 70826-0180 | | | Incurred: 2005<br>Consideration: Overdraft | | | | 600.00 |
| ACCOUNT NO.<br><br>Kenneth J. Donkel<br>7220 W. 194th Street, Suite 105<br>Tinlay Park, IL 60477 | | | Consideration: Attorney for Engle Condominium Association | | | | Notice Only |

Sheet no.  8  of  19  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,729.84

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re __James Matthew Brokop_____,  Case No. _____

 Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AAB631375 <br><br>Lamont, Hanley & Associates, Inc. <br>PO Box 179 <br>Manchester, NH 03101-1514 | | | Incurred: 2010 <br>Consideration: Collection for The Hartford | | | | 314.70 |
| ACCOUNT NO. xxxxxxxx4001 <br><br>Lansing Neurosurgical Assoc. <br>1575 Ramblewood Drive <br>East Lansing, MI 48823 | | | Incurred: 2010 <br>Consideration: Medical services | | | | 468.00 |
| ACCOUNT NO. <br><br>Lansing Professional Business Bur., Inc. <br>100 S. Ottawa Street, Suite B <br>PO Box 290 <br>St. Johns, MI 48879 | | | Consideration: Collection for Sparrow Health System | | | | Notice Only |
| ACCOUNT NO. SP18232173 <br><br>Lansing Radiology Associates <br>4748 Reliable Parkway <br>Chicago, IL 60686-0047 | | | Incurred: 2010 <br>Consideration: Medical services | | | | 374.00 |
| ACCOUNT NO. <br><br>Law Offices of George Gusses Co., LPA <br>33 S. Huron Street <br>Toledo, OH 43607-8705 | | | Consideration: Collection for MSU Health Team | | | | Notice Only |

Sheet no. __9__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,156.70

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  James Matthew Brokop _____ ,     Case No. _____
         **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Malcolm S. Gerald & Associates <br> 232 S. Michigan Avenue, Suite 600 <br> Chicago, IL 60604 | | | Consideration: Collection for Advocate Medical Group | | | | Notice Only |
| ACCOUNT NO. <br><br> Management Services, Inc. <br> PO Box 1099 <br> Langhorne, PA 19047 | | | Consideration: Collection for PNC Bank | | | | Notice Only |
| ACCOUNT NO. <br><br> Medical Business Bureau <br> PO Box 1219 <br> Park Ridge, IL 60068 | | | Consideration: Collection for SSH Anesthesia LLC | | | | Notice Only |
| ACCOUNT NO. <br><br> Medical Recovery Specialists, Inc. <br> 2250 E. Devon Avenue, Suite 352 <br> Des Plaines, IL 60018-4519 | | | Consideration: Collection for Midwest Diagnostic Pathology, SC | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0572 <br><br> Memorial Healthcare <br> 826 W. King Street <br> Owosso, MI 48867 | | | Incurred: 2005 <br> Consideration: Medical services | | | | 5,156.00 |

Sheet no.  10  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,156.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___James Matthew Brokop_____,   Case No. _____
           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Memotial Healthcare<br>PO Box 1630<br>Owosso, MI 48867 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.   (3) Accounts<br><br>Midwest Diagnostic Pathology, SC<br>75 Remittance Drive, Suite 3070<br>Chicago, IL 60675-3070 | | | Incurred: 2010<br>Consideration: Medical services | | | | 673.00 |
| ACCOUNT NO.<br><br>Mobil Medical Response, Inc.<br>Dept. CH 17854<br>Palatine, IL 60055-7854 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.   xxxxxxxx3298<br><br>Mobile Medical Response<br>1015 South Washington Avenue<br>Saginaw, MI 48607-1158 | | | Incurred: 2010<br>Consideration: Medical services | | | | 1,019.00 |
| ACCOUNT NO.<br><br>Monarch Recovery Management, Inc.<br>19065 Decatur Road<br>Philadelphia, PA 19154-3210 | | | Consideration: Collection for GEMB / Banana Republic | | | | Notice Only |

Sheet no. __11__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,692.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___James Matthew Brokop_____,    Case No. _____
           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Monarch Recovery Management, Inc.<br>PO Box 21089<br>Philadelphia, PA 19114-0589 | | | Consideration: Collection for GEMB / Banana Republic | | | | Notice Only |
| ACCOUNT NO.<br><br>Money Recovery Nationwide<br>PO Box 13129<br>Lansing, MI 48901 | | | Consideration: Collection for Tri County Emergency Physicians PC | | | | Notice Only |
| ACCOUNT NO.<br><br>MQC Collection Services<br>PO Box 140250<br>Toledo, OH 43614 | | | Consideration: Collection for Memorial Healthcare | | | | Notice Only |
| ACCOUNT NO. I4830179<br><br>MSU Health Team<br>16800 Collections Center Drive<br>Chicago, IL 60693-6800 | | | Incurred: 2010<br>Consideration: Medical services | | | | 307.00 |
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | | Consideration: Collection for GEMB / Banana Republic | | | | Notice Only |

Sheet no. __12__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 307.00 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  James Matthew Brokop _____ ,     Case No. _____
           **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc.<br>PO Box 17196<br>Baltimore, MD 21297 | | | Consideration: Collection for Nicor Gas | | | | Notice Only |
| ACCOUNT NO.<br><br>NES of Ohio<br>29125 Solon Road<br>Solon, OH 44139-3442 | | | Consideration: Collection for GEMB / Banana Republic | | | | Notice Only |
| ACCOUNT NO.  01-49-90-8048-0<br>Nicor Gas<br>PO Box 2020<br>Aurora, IL 60507-2020 | | | Incurred: 2010-2011<br>Consideration: Utility | | | | 151.61 |
| ACCOUNT NO.<br><br>Oak Lawn Radiology Imaging Consultants<br>37241 Eagle Way<br>Chicago, IL 60678-1372 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.  412067605<br>Oak Lawn Radiology Imaging Consultants<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | | | Incurred: 2010<br>Consideration: Medical services | | | | 448.00 |

Sheet no. __13__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 599.61
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  James Matthew Brokop _____ ,  Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BROJA006<br><br>PAR Rehab, Inc.<br>3960 Patient Care Drive<br>Suite 104<br>Lansing, MI 48911 | | | Incurred: 2010<br>Consideration: Medical services | | | | 170.00 |
| ACCOUNT NO.<br><br>PFG of Minnesota<br>7825 Washington Avenue S<br>Suite 310<br>Minneapolis, MN 55439-2409 | | | Consideration: Collection for Rogers and Holland | | | | Notice Only |
| ACCOUNT NO.<br><br>PHH Mortgage Corporation<br>9700 Bissonnet Street, Suite 1500<br>Houston, TX 77036 | | | Consideration: Case No. 10 CH 37709 | | | | Notice Only |
| ACCOUNT NO.<br><br>PNC Bank<br>Customer Service<br>PO Box 609<br>Pittsburgh, PA 15230-9838 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. 4608300069<br><br>PNC Bank<br>PO Box 533510<br>Atlanta, GA 30353-3510 | | | Incurred: 2010<br>Consideration: Overdraft | | | | 156.18 |

Sheet no. 14 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      326.18

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>James Matthew Brokop</u>,                    Case No. _____
　　　**Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  317369337-U1 <br><br> RMS <br> 4836 Brecksville Road <br> PO Box 523 <br> Richfield, OH 44286 | | | Incurred: 2008 <br> Consideration: Collection for freightquote.com | | | | 73.17 |
| ACCOUNT NO.  xxxxxxxx5151 <br><br> Rogers & Holland <br> PO Box 879 <br> Matteson, IL 60443 | | | Incurred: 2009 <br> Consideration: Credit card debt | | | | 3,756.00 |
| ACCOUNT NO. <br><br> Rogers Enterprises, Inc. <br> 20821 S. Cocero Avenue <br> Matteson, IL 60443 | | | Consideration: Additional Notify for Rogers & Holland | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx6160 <br><br> Russell Agency <br> PO Box 7009 <br> Flint, MI 48507 | | | Incurred: 2010 <br> Consideration: Collection for Associated Radiologist Modul | | | | 255.00 |
| ACCOUNT NO.  xxxxxxxx0225 <br><br> Sallie Mae <br> Attn:  Claims Department <br> PO Box 9500 <br> Wilkes-Barre, PA 18773 | | | Incurred: 2005 <br> Consideration: Student Loan | | | | 10,753.00 |

Sheet no. <u>15</u> of <u>19</u> continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,837.17

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re  James Matthew Brokop_____,        Case No. _____
              **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx0510 <br><br> Sallie Mae <br> Attn:  Claims Department <br> PO Box 9500 <br> Wilkes-Barre, PA 18773 | | | Incurred: 2004 <br> Consideration: Student Loan | | | | 7,201.00 |
| ACCOUNT NO.  xxxxxxxx0505 <br><br> Sallie Mae <br> Attn:  Claims Department <br> PO Box 9500 <br> Wilkes-Barre, PA 18773 | | | Incurred: 2003 <br> Consideration: Student Loan | | | | 7,091.00 |
| ACCOUNT NO. <br><br> Sparrow <br> 8000 Reliable Parkway <br> Chicago, IL 60686-0001 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Sparrow <br> PO Box 2503 <br> East Lansing, MI 48826 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx9709 <br><br> Sparrow Health System <br> 1215 E. Michigan Avenue <br> Lansing, MI 48912 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 12,840.00 |

Sheet no.  16  of  19  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   27,132.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___James Matthew Brokop_____,   Case No. _____
  **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0062338611 <br><br> Sprint <br> PO Box 660075 <br> Dallas TX 75266-0075 | | | Incurred: 2008 <br> Consideration: Cellular Service | | | | 882.32 |
| ACCOUNT NO. xxxxxxxx0903 <br><br> SSH Anesthesia LLC <br> 17800 Kedzie Avenue <br> Chicago, IL 60607 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 1,500.00 |
| ACCOUNT NO. <br><br> Stonleigh Recovery Associates, LLC <br> PO Box 1479 <br> Lomnbard, IL 60148-8479 | | | Consideration: Collection for HSBC Bank | | | | Notice Only |
| ACCOUNT NO. <br><br> Suburban Emergency Physician Group <br> 17800 South Kedzie Ave. <br> Hazel Crest, IL 60429 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO. <br><br> Suburban Emergency Physician Group <br> Department 4623 <br> Carol Stream, IL 60122-4623 | | | Consideration: Notice Only | | | | Notice Only |

Sheet no. _17_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,382.32

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re ___James Matthew Brokop_____,    Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx5001 <br><br> Surgical Specialists SC <br> 10745 165th Street <br> Orland Park, IL 60467-8713 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 1,540.00 |
| ACCOUNT NO.  BLU <br><br> The Sportstation, Inc. <br> 7060 W. 171st Street <br> Tinley Park, IL 60477 | | | Incurred: 2011 <br> Consideration: Services | | | | 276.98 |
| ACCOUNT NO.  xxxxxxxx9481 <br><br> Tri County Emergency Physicians PC <br> 826 W. King Street <br> Owosso, MI 48867 | | | Incurred: 2010 <br> Consideration: Medical services | | | | 1,185.00 |
| ACCOUNT NO. <br><br> Trustmark Recovery Services <br> 541 Otis Bowen Drive <br> Minster, IN 46321 | | | Consideration: Collection for Oak Lawn Radiology Imaging Consultants | | | | Notice Only |
| ACCOUNT NO. <br><br> United Collection Bureau, Inc. <br> 5620 Southwyck Blvd., Suite 206 <br> Toledo, OH 43614 | | | Consideration: Collection for Memorial Healthcare | | | | Notice Only |

Sheet no. __18__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,001.98

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re <u>James Matthew Brokop</u>,          Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  xxxxxxxx8613<br><br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd., Suite 206<br>Toledo, OH 43614 | | | Incurred: 2010<br>Consideration: Collection for MSU Health Team | | | | 307.00 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>5175 Emerald Parkway<br>Dublin, OH 43017 | | | Consideration: Notice Only | | | | Notice Only |
| ACCOUNT NO.  xxxxxxxx0001<br><br>Verizon Wireless<br>Attn: Bankruptcy<br>PO Box 3397<br>Bloomington, IL 61702 | | | Incurred: 2007<br>Consideration: Cellular service | | | | 505.00 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>v/o Vantage Solutions<br>PO Box 25505<br>Lehigh Valley, PA 18002-5055 | | | Consideration: Additional Notify for Verizon Wireless | | | | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. <u>19</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    812.00

Total ➤  $    109,254.32

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re    James Matthew Brokop                                      Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| James Leflar<br>319 E. Lincoln Avenue, Apt. 1<br>La Grange, IL 60525 | Residential Lease, $1,150.00 Per Month, 12 Month Lease Beginning 04/01/2011, Debtor is Lessee |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**B6H (Official Form 6H) (12/07)**

In re  James Matthew Brokop                                    Case No. _____
_____
                **Debtor**                                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B6I (Official Form 6I) (12/07)

In re ___James Matthew Brokop_____     Case _____
         **Debtor**                                                  **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Commissioned Sales | |
| Name of Employer | Schwans Consumer Brands, Inc. North America | |
| How long employed | 9 Months | |
| Address of Employer | 115 W. College Drive | N.A. |
| | Marshall, MN 56258 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,757.30 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 2,757.30 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 563.11 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify: Reimbursable Miles (Reduced Taxes by 38.06) ) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 563.11 | $ N.A. |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,194.19 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ N.A. |
| 13. | Other monthly income (Specify) | $ 0.00 | $ N.A. |
| | | $ 0.00 | $ N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,194.19 | $ N.A. |
| 16. | COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 2,194.19 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

____None.  Link Card expired in October 2011_____

_____

_____

In re    James Matthew Brokop                      Case No. _____

**Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,150.00 |
|     a. Are real estate taxes included?    Yes _____ No ___✓___ | | |
|     b. Is property insurance included?    Yes _____ No ___✓___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 70.00 |
|             b. Water and sewer | $ | 0.00 |
|             c. Telephone | $ | 0.00 |
|             d. Other  Cable | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 40.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 150.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 161.33 |
|             b. Other  Student Loan Payments | $ | 200.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Cell Phone / Auto Repairs / Haircuts | $ | 80.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ | 2,401.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

     None.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ | 2,194.19 |
|     b. Average monthly expenses from Line 18 above | $ | 2,401.33 |
|     c. Monthly net income (a. minus b.) | $ | -207.14 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    James Matthew Brokop
_____
Debtor

Case No. _____

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $       0.00 | | |
| B – Personal Property | YES | 3 | $   9,218.50 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   5,042.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $ 109,254.32 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $   2,194.19 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $   2,401.33 |
| TOTAL | | 32 | $   9,218.50 | $ 114,296.32 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

# United States Bankruptcy Court
## Northern District of Illinois

In re    James Matthew Brokop _____    Case No. _____

                    Debtor

                                                                   Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

        If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 25,045.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 25,045.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,194.19 |
| Average Expenses (from Schedule J, Line 18) | $ 2,401.33 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,982.86 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 109,254.32 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 109,254.32 |

In re ___James Matthew Brokop_____    Case No. _____
                    **Debtor**                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____34_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___October 28, 2011_____        Signature:    ___/s/ James Matthew Brokop_____
                                                                                        **Debtor**

Date _____        Signature:    ___Not Applicable_____
                                                                            **(Joint Debtor, if any)**

                                                            [If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                            Social Security No.
of Bankruptcy Petition Preparer                                            *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
    Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

                    *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re  James Matthew Brokop                                    Case No. _____
                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

────────────────────────────

### 1.  Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT    | SOURCE |
|------|-----------|--------|
| 2011 | 22,288.53 | Employment |
| 2010 | 39,157.00 | Employment/Self-employment |
| 2009 | 36,784.00 | Employment |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**2.   Income other than from employment or operation of business**

None       State the amount of income received by the debtor other than from employment, trade, profession, or operation
☐         of the debtor's business during the two years immediately preceding the commencement of this case.   Give
           particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter
           12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are
           separated and a joint petition is not filed.)

|   | AMOUNT   | SOURCE |
|---|----------|--------|
| 2011 | 2,000.00 | LINK |
| 2010 | 1,800.00 | LINK |

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made
within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk
(*)any payments that were made to a creditor on account of a domestic support obligation or as part of an
alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.
(Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒    *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PHH Mortgage Corporation v. James M. Brokop et al Case No. 10 CH 37709 | Foreclosure | Cook County Circuit Court Richard J. Daley Center 50 W. Washington Street Chicago, IL 60602 | Judgment Entered for Plaintiff |
| Engle Condominium Association v. James Brokop Case No. 11 M6 002386 | Breach of Contract / Collection | Cook County Circuit Court Sixth District 16501 South Kedzie Parkway Markham, IL 60428 | Pending |

None

☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**5.    Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐    lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| PHH Mortgage Corporation 9700 Bissonnet Street, Suite 1500 Houston, TX 77036 | 09/2011 | Real Property:  4809 Engle Road, Unit 1C, Alsip, IL 60803 Fair Market Value: $69,000.00 |

**6.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒    the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒    year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None ☒       List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.   Losses**

None ☒       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.   Payments related to debt counseling or bankruptcy**

None ☐       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Majdel S. Musa Musa Law Firm, Ltd. 112 W. Calendar Ave. LaGrange, IL 60525 | 10/2011 Payor: Lauren Hammer | $1,500.00 plus $299.00 Filing Fee |

**10.  Other transfers**

None  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs
☐      of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement
       of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Benny Thomas<br>7935 Maple Street<br>Morton Grove, IL 60053<br>Relationship: None | 10/20/2010 | 2004 Isuzu NPR Truck VIN: JALC4B14447000772<br>Fair Market Value:  $9,000.00 (Sold for $7,500.00) |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
☐      were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
       Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
       accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
       institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
       instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Harris N.A.<br>PO Box 94033<br>Palatine, IL 60094-4033 | Business Checking Account No. xxxxxx3042<br>Closing Balance: $0.00 Balance | Closed 03/01/2011 |
| PNC Bank<br>4920 159th Street<br>Oak Forest, IL<br>60425-3515 | Checking Account, Account Number Unknown<br>Closing Balance: Negative Balance | Closed 2010 |
| Fifth Third Bank<br>15330 S. Harlem<br>Orland Park, IL 60462 | Business Checking Account xxxx6145<br>Closing Balance: $407.36 Balance - cl0Ë | Closed 3/08/2011 |

**12. Safe deposit boxes**

None ☒

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4809 Engel Road, Apt. 1C Alsip, IL 60803 | Same | 09/2007 to 03/2011 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☐

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-----|------|------|------|
| Place at the Table, Inc. | 80-0548436 | 4809 Engle Road, Apt. 1C Alsip, IL 60803 | Catering | 02/08/2010 to 07/08/2011 |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19.  Books, record and financial statements**

None    a.      List all bookkeepers and accountants who within the two years immediately preceding the filing of this
⊠       bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

None    b.      List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
⊠       have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                         DATES SERVICES RENDERED

None    c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐       of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                            ADDRESS

James Brokop
319 E. Lincoln, Unit 2
LaGrange, IL 60525

None    d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
⊠       financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                DATE
                                                ISSUED

**20.  Inventories**

None    a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the
⊠       taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY               INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒        reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF
                                                 INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☒        or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                NATURE AND PERCENTAGE OF
                                                         STOCK OWNERSHIP

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒        preceding the commencement of this case.

NAME                        ADDRESS                      DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒        within one year immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                DATE OF TERMINATION

**23.  Withdrawals from a partnership or distribution by a corporation**

None         If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
         during one year immediately preceding the commencement of this case.

NAME & ADDRESS OF                DATE AND PURPOSE            AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP          OF WITHDRAWAL               DESCRIPTION AND VALUE
TO DEBTOR                                                    OF PROPERTY

**24.  Tax Consolidation Group**

None

☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25.  Pension Funds**

None

☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    October 28, 2011                    Signature    /s/ James Matthew Brokop
                                            of Debtor    JAMES MATTHEW BROKOP

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

James Matthew Brokop

In re _____ , Case No. _____
                    Debtor                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank<br>PO Box 630778<br>Cincinnato, OH 45263 | **Describe Property Securing Debt:**<br>2008 Chrysler PT Crusier (65,000 Miles) Good Condition |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☐ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☐ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B8 (Official Form 8) (12/08)                                                                                                          Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  <br><br> ☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  <br><br> ☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):  <br><br> ☐ YES        ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: October 28, 2011 _____

_____        /s/ James Matthew Brokop
                                          _____
                                          Signature of Debtor


                                          _____
                                          Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - 32866-301X-08610 - PDF-XChange 3.0

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  James Matthew Brokop _____      Case No. _____
                    **Debtor**                                          **(If known)**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:
_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

James Matthew Brokop _____      X  /s/ James Matthew Brokop          October 28, 2011
Printed Names(s) of Debtor(s)                        Signature of Debtor                    Date

Case No. (if known) _____           X _____
                                                        Signature of Joint Debtor, (if any)         Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ACME Credit Service
1124 S. Eighth Street
PO Box 3762
Springfgield, IL 62708-3762


Advocate Health Centers, Inc.
21014 Network Place
Chicago, IL 60673-1210


Advocate Medical Group
20110 Governors Highway
Olympia Fields, IL 60461


Advocate Medical Group
21014 Network Place
Chicago, IL 60673-1210


Advocate South Suburban Hospital
17800 Kedzie Avenue
Hazel Crest, IL 60429


Advocate South Suburban Hospital
22091 Network Place
Chicago, IL 60673-1220


Affiliated Management Services, Inc.
PO Box 2119
Mission, KS 66201-1119


Allied Collection Service
PO Box 1799
Holland, MI 49422


Asset Recovery Solutions, LLC
2200 E. Devon Avenue, Suite 200
Des Plaines, IL 60018-4501


Associated Radiologists of Flint
Dept. CH 17838
Palatine, IL 60055-7838

Bureaus Investment Group LLC
1717 Central Street
Evanston, IL 60201-1507


Cavalry Portfolio Services, LLC
PO Box 1017
Hawthorne, NY 10532


CBCS
PO Box 164089
Columbus, OH 43216


CBCS
PO Box 165025
Columbus, OH 43216-5025


CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613


CBM
300 Rodd Street
PO Box 551
Midland, MI 48640


Centis Health
1575 Ramblewood Drive, Suite 200
East Lansing, MI 48823


Chase Bank
Attn:  Bankruptcy
PO Box 15298
Wilmington, DE 19850


Chase Bank / Washington Mutual
Attn:  Bankruptcy
PO Box 15298
Wilmington, DE 19850

Citibank SD, NA / The Home Depot
Attn:  Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


COL \ Debt Collection Systems
8 S. Michigan Avenue, Suite 618
Chicago, IL 60603


Comcast
PO Box 34227
Seattle, WA 98124-0000


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Cook County Department of Revenue
Use Tax
PO Box 94401
Chicago, IL 60690-4401


Credit Collection Services
PO Box 9133
Needham, MA 02494


Emergency Medical Associates
1215 East Michigan Avenue
Lansing, MI 48912


Emergency Medical Associates, PLLC
6880 W. Snowville Road
Suite 210
Brecksvbille, OH 44141


Emergency Medical Associates, PLLC
PO Box 634280
Cincinnati, OH 45263-4280

Engle Condominium Association
c/o Deborah A. Reid
7815 W. 159th Street
Tinley Park, IL 60477


Engle Condominium Association
c/o Weaver Realty & Management, Inc.
7815 W. 159th Street
Tinley Park, IL 60477


ER Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004


Fifth Third Bank
222 S. Riverside Plaza
Chicago, IL 60606


Fifth Third Bank
346 W. Carol Lane
Elmhurst, IL 60126


Fifth Third Bank
PO Box 630337
Cincinnato, OH 45263-0337


Fifth Third Bank
PO Box 630778
Cincinnato, OH 45263


Financial Recovery Services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015

GEMB / Banana Republic
Attn:  Bankruptcy
PO Box 103104
Roswell, GA 30076


Goggins & Lavingman, P.A.
1295 Northland Drive
Suite 270
Mendota Heights, MN 55120


Heritage Financial Recovery Services
600 E. Crescent Avenue, Suite 304
Upper Saddle River, NJ 07458


HSBC Bank
Attn:  Bankruptcy
PO Box 5213
Carol Stream, IL 60197


IC System, Inc.
PO Box 64378
St. Paul, MN 55164


IC System, Inc.
PO Box 64378
St. Paul, MN 55164


James Leflar
319 E. Lincoln Avenue, Apt. 1
La Grange, IL 60525


JP Morgan Chase Bank, N.A.
Illinois Market
PO Box 260180
Baton Rouge, LA 70826-0180


Kenneth J. Donkel
7220 W. 194th Street, Suite 105
Tinlay Park, IL 60477

Lamont, Hanley & Associates, Inc.
PO Box 179
Manchester, NH 03101-1514


Lansing Neurosurgical Assoc.
1575 Ramblewood Drive
East Lansing, MI 48823


Lansing Professional Business Bur., Inc.
100 S. Ottawa Street, Suite B
PO Box 290
St. Johns, MI 48879


Lansing Radiology Associates
4748 Reliable Parkway
Chicago, IL 60686-0047


Law Offices of George Gusses Co., LPA
33 S. Huron Street
Toledo, OH 43607-8705


Malcolm S. Gerald & Associates
232 S. Michigan Avenue, Suite 600
Chicago, IL 60604


Management Services, Inc.
PO Box 1099
Langhorne, PA 19047


Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068


Medical Recovery Specialists, Inc.
2250 E. Devon Avenue, Suite 352
Des Plaines, IL 60018-4519

Memorial Healthcare
826 W. King Street
Owosso, MI 48867


Memotial Healthcare
PO Box 1630
Owosso, MI 48867


Midwest Diagnostic Pathology, SC
75 Remittance Drive, Suite 3070
Chicago, IL 60675-3070


Mobil Medical Response, Inc.
Dept. CH 17854
Palatine, IL 60055-7854


Mobile Medical Response
1015 South Washington Avenue
Saginaw, MI 48607-1158


Monarch Recovery Management, Inc.
19065 Decatur Road
Philadelphia, PA 19154-3210


Monarch Recovery Management, Inc.
PO Box 21089
Philadelphia, PA 19114-0589


Money Recovery Nationwide
PO Box 13129
Lansing, MI 48901


MQC Collection Services
PO Box 140250
Toledo, OH 43614


MSU Health Team
16800 Collections Center Drive
Chicago, IL 60693-6800

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
PO Box 17196
Baltimore, MD 21297


NES of Ohio
29125 Solon Road
Solon, OH 44139-3442


Nicor Gas
PO Box 2020
Aurora, IL 60507-2020


Oak Lawn Radiology Imaging Consultants
37241 Eagle Way
Chicago, IL 60678-1372


Oak Lawn Radiology Imaging Consultants
4440 West 95th Street
Oak Lawn, IL 60453


PAR Rehab, Inc.
3960 Patient Care Drive
Suite 104
Lansing, MI 48911


PFG of Minnesota
7825 Washington Avenue S
Suite 310
Minneapolis, MN 55439-2409


PHH Mortgage Corporation
9700 Bissonnet Street, Suite 1500
Houston, TX 77036

PNC Bank
Customer Service
PO Box 609
Pittsburgh, PA 15230-9838


PNC Bank
PO Box 533510
Atlanta, GA 30353-3510


RMS
4836 Brecksville Road
PO Box 523
Richfield, OH 44286


Rogers & Holland
PO Box 879
Matteson, IL 60443


Rogers Enterprises, Inc.
20821 S. Cocero Avenue
Matteson, IL 60443


Russell Agency
PO Box 7009
Flint, MI 48507


Sallie Mae
Attn:  Claims Department
PO Box 9500
Wilkes-Barre, PA 18773


Sallie Mae
Attn:  Claims Department
PO Box 9500
Wilkes-Barre, PA 18773


Sallie Mae
Attn:  Claims Department
PO Box 9500
Wilkes-Barre, PA 18773

Sparrow
8000 Reliable Parkway
Chicago, IL 60686-0001


Sparrow
PO Box 2503
East Lansing, MI 48826


Sparrow Health System
1215 E. Michigan Avenue
Lansing, MI 48912


Sprint
PO Box 660075
Dallas TX 75266-0075


SSH Anesthesia LLC
17800 Kedzie Avenue
Chicago, IL 60607


Stonleigh Recovery Associates, LLC
PO Box 1479
Lomnbard, IL 60148-8479


Suburban Emergency Physician Group
17800 South Kedzie Ave.
Hazel Crest, IL 60429


Suburban Emergency Physician Group
Department 4623
Carol Stream, IL 60122-4623


Surgical Specialists SC
10745 165th Street
Orland Park, IL 60467-8713


The Sportstation, Inc.
7060 W. 171st Street
Tinley Park, IL 60477

Tri County Emergency Physicians PC
826 W. King Street
Owosso, MI 48867


Trustmark Recovery Services
541 Otis Bowen Drive
Minster, IN 46321


United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614


Verizon Wireless
5175 Emerald Parkway
Dublin, OH 43017


Verizon Wireless
Attn:  Bankruptcy
PO Box 3397
Bloomington, IL 61702


Verizon Wireless
v/o Vantage Solutions
PO Box 25505
Lehigh Valley, PA 18002-5055